UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # **55433-004**

UNITED STATES OF AMERICA )
 Plaintiff ) Case Number: CR **00 4201 SNOW**
 ) REPORT COMMENCING CRIMINAL
 -vs- ) ACTION
 )
**Beharmast, Ramin** )
 Defendant

*****************************************************

TO: Clerk's Office  MIAMI  [FT. LAUDERDALE]  W. PALM BEACH
    U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*****************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: **8-16-00**       **1:00** (am)/pm

(2) Language Spoken: **English, Spanish**

(3) Offense(s) Charged: **Possession of Cft. Currency**

(4) U.S. Citizen ( ) Yes  [X] No  ( ) Unknown

(5) Date of Birth: **05-20-62**

(6) Type of Charging Document: (check one)
    [ ] Indictment  [X] Complaint  (To be filed)/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: **(Broward Co.) SDFL**

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  ( )YES ( )NO

Amount of Bond: $ **PTD**
Who set Bond: **SNOW**

(7) Remarks: **seperate from Applegate**

(8) Date: **8-16-00**   (9) Arresting Officer: **SA A. Conde**

(10) Agency: **USSS**       (11) Phone: **305-629-1800**

(12) Comments: _____

FILED by _____ D.C.
AUG 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.