**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

| | | | |
|---|---|---|---|
| DEFT: | RAMIN BAHARMAST (J) | CASE NO: | 00-4201-SNOW |
| AUSA: | ROGER POWELL *pres* | ATTY: | Bernardo Lopez |
| AGENT: | SECRET SERVICE ✓ | VIOL: | 18:471 |
| PROCEEDING: | I/A ON COMPLAINT | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | FPD |
| BOND SET @: | | To be cosigned by: | |

FILED by ___ D.C.
AUG 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.                 *Advised of charges*
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.      *set for PTD hrg*
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 8-22 | 11 | Snow | |
| PRELIM/ARRAIGN OR REMOVAL: | 8-30 | 11 | Seltzer | |
| STATUS CONFERENCE: | | | | |

DATE: 8-16-00   TIME: 11:00   FTL/LSS TAPE # 00 - 042   Begin: 397   End: 688