## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: DAVID APPLEGATE (J)  
CASE NO: 00-4202-SNOW  
AUSA: ROGER POWELL  *mls*  
ATTY: JOHN COTRONE, ESQ. - Temp  
AGENT: SECRET SERVICE  
VIOL: 18:471  
PROCEEDING: I/A ON COMPLAINT  
RECOMMENDED BOND: PTD  
BOND HEARING HELD - yes / no  
COUNSEL APPOINTED: _____  
BOND SET @: _____  
To be cosigned by: _____  

FILED by D.C. AUG 1 6 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.   *Advised of charges*
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.   *set for PTD hrg*
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 8-22 | 11 | Snow | |
| PTD BOND HEARING: | 8-22 | 11 | Snow | |
| PRELIM/ARRAIGN. OR REMOVAL: | 8-30 | 11 | Seltzer | |
| STATUS CONFERENCE: | | | | |

DATE: 8-16-00   TIME: 11:00   FTL/LSS TAPE # 00 - 042   Begin: 397   End: 688

