UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4201-SNOW

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

RAMIN BAHARMAST,

       Defendant.

_____/



### REQUEST FOR DISCLOSURE OF EXPERT WITNESS SUMMARIES

The Defendant, Ramin Baharmast, through undersigned counsel, and pursuant to Fed. R. Crim. P. 16(a)(c)(e) requests disclosure by the government of expert testimony the government intends to introduce during its case-in-chief. As to each potential expert witness, it is requested that the government disclose the name of the expert, the witnesses qualifications, present employment, a summary of the witness' opinion, and the basis and reasons for the opinion.

       Respectfully submitted,

       KATHLEEN M. WILLIAMS
       FEDERAL PUBLIC DEFENDER

By: _____
    Robert N. Berube
    Supervisory Assistant
    Federal Public Defender
    Florida Bar No. 304247
    Attorney for Defendant
    101 N.E. 3rd Avenue, Suite 202
    Fort Lauderdale, Florida 33301
    (954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this /7 day of August, 2000, to the United States Attorney's Office, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

*[signature]*
Robert N. Berube