UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-4201-SNOW

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

RAMIN BAHARMAST,

      Defendant.
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender

specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: Robert N. Berube
    Robert N. Berube
    Supervisory Assistant
    Federal Public Defender
    Florida Bar No. 868795
    Attorney for Defendant
    101 N.E. 3rd Avenue, Suite 202
    Fort Lauderdale, Florida 33301
    (954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 21

day of August, 2000, to United States Attorney's Office, at 299 East Broward Boulevard, Fort

Lauderdale, Florida 33301.

Robert N. Berube