## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED by D.C.
AUG 22 2000
CLARENCE MADDOX
S.D. OF FLA. FT. LAUD.

| | | | |
|---|---|---|---|
| DEFT: | RAMIN BAHARMAST (J) | CASE NO: | 00-4201-SNOW |
| AUSA: | ROGER POWELL *pres* | ATTY: | FPD Wilcox for Berube |
| AGENT: | | VIOL: | |
| PROCEEDING: | PRETRIAL DETENTION HEARING | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

❏ Do not violate any law.

❏ Appear in court as directed.

❏ Surrender and / or do not obtain passports / travel documents.

❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❏ Maintain or seek full - time employment.

❏ No contact with victims / witnesses.

❏ No firearms.

❏ Curfew: _____.

❏ Travel extended to: _____.

❏ Halfway House _____.

Deft asked to be continued to 8-30 in order to retain private counsel Gary Rosenberg

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 8-30 | 10 | BSS ✓ | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 8/22/00   TIME: 11:00   FTL/LSS TAPE # 00 - 046   Begin: 319   End: 507