```
UNITED STATES OF AMERICA,       :        UNITED STATES DISTRICT COURT
                                         SOUTHERN DISTRICT OF FLORIDA
v.                              :
                                         CASE NO. 00-06241-CR-ZLOCH
RAMIN BAHARMAST                 :
```

RECEIVED & FILED IN OPEN COURT
on 8-30-00 AT
Carlos Juenke, Clerk
United States District Court
Southern District of Florida

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

COMES NOW __GARY ROSENBERG__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) __GARY ROSENBERG__

Counsel's Signature _____

Address __255 ALHAMBRA CIRCLE #425__
         __MIAMI, FL__         Zip Code: __33134__

Telephone __(305) 529-9330__

/14