DEFT: Ramin Baharmas (J)#   CASE NO: 00-6241-CR-Zloch ~~00-4201-Snow~~

AUSA: Roger Powell  *present*   ATTNY: FPD Farnsworth for Benche

AGENT: ____   VIOL: ____

PROCEEDING: Prelim/Arraignment & PTD   BOND REC: (Gary Rosenberg)

BOND HEARING HELD - yes/no HEARING   COUNSEL APPOINTED: filed temp appearance

BOND SET @ $250,000 Corp Surety w/ nebbia

CO-SIGNATURES: ____

SPECIAL CONDITIONS: ____

FILED AUG 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ____
11) Travel extended to: ____
12) ___ Halfway House: ____
     ___ Electronic Monitoring ____

FPD to file motion to withdraw

Gary Rosenberg requests more time for IRC/Arraignment —

No bond hrg held.

Both sides will inform the Ct. when they want a hearing.

$250,000 Corp Surety w/ nebbia stipulated — reserving right to proceed w/ PTD hearing at a later date.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:   9-6-00   11:00am   BSS
PTD/BOND HEARING: ____
PRELIM/ARRAIGN. OR REMOVAL:   9-6-00   11:00am   BSS
STATUS CONFERENCE: ____

DATE: 8-30-00   TIME: 10:00am   TAPE # 00-668 PG # 4
1935-2073
00-069
Recalled 400-451

15