UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-4201-SNOW
6241-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAMIN BAHARMAST,

    Defendant.

_____/

## MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Federal Public Defender respectfully moves that her appointment as counsel for the Defendant, Ramin Baharmast, be terminated as the Defendant has retained Gary I. Rosenberg, Esq., 255 Alhambra Circle, Suite 425, Miami, Florida 33134, to represent him in this proceeding, and said attorney has filed a temporary notice of appearance.

                        Respectfully submitted,

                        KATHLEEN M. WILLIAMS
                        FEDERAL PUBLIC DEFENDER

By: _____
       Robert N. Berube
       Supervisory Assistant
       Federal Public Defender
       Florida Bar No. 304247
       Attorney for Defendant
       101 N.E. 3rd Avenue, Suite 202
       Fort Lauderdale, Florida 33301
       (954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was mailed on this 31st day of August, 2000, to United States Attorney's Office, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; Gary I. Rosenberg, Esq., 255 Alhambra Circle, Suite 425, Miami, Florida 33134 and Ramin Baharmast, Reg No. 55433-004, FDC Miami, P. O. Box 019120, Miami, Florida 33101-9120.

Robert N. Berube