UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,   CASE NO. 00-06241-CR-ZLOCH

Plaintiff,   MAGISTRATE JUDGE SELTZER

v.

RAMIN BAHARMAST.

Defendant.
_____/

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned attorney. Gary I. Rosenberg, Esq., hereby enters this Notice of Appearance on behalf of the Defendant in the above-styled cause. Representation of the Defendant pursuant to this Notice is limited solely to trial proceedings before the District Court.

**IT IS HEREBY** requested that the undersigned counsel be forwarded any and all pleadings, motions and correspondence filed or to be filed in this cause.

**IT IS FURTHER** requested that the Clerk of this Court, notify the undersigned in writing of the date, time and place of all hearings, docket soundings, and trial of this matter.

Respectfully submitted,
MANICK, ROSENBERG & CONTRERAS LLP
Alhambra International Center
255 Alhambra Circle, Suite 425
Miami, Florida 33134
Tel: (305) 529-9330
Fax: (305) 529-9339

By: _____
GARY I. ROSENBERG
Florida Bar No. 348996

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was sent via U.S. mail/hand delivery/facsimile on this 29 day of August, 2000 to: UNITED STATES ATTORNEY'S OFFICE, Roger Powell, Assistant United States Attorney.

By: _____
GARY I. ROSENBERG
Florida Bar No. 348996