| | |
|---|---|
| DEFT: Ramin Baharmas (J)# | CASE NO: 00-6241-CR-Zloch |
| AUSA: Roger Powell /yes | ATTNY: Gary Rosenberg — may be a few minutes late / present |
| AGENT: | VIOL: |
| PROCEEDING: Inquiry re Counsel/ Arraignment | BOND REC: |
| BOND HEARING HELD – yes/no | COUNSEL APPOINTED: |

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House _____
____ Electronic Monitoring _____

FILED by ___ D.C.
SEP 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Reading of Indictment waived
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested

No tapes —

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: 9-21-00   11:00am   Snow
STATUS CONFERENCE: _____
DATE: 9-6-00   TIME: 11:00am   TAPE # 00-071   PG # 
600-636

24