UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-~~4201 SNOW~~

6241 - Cr - WJZ

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAMIN BAHARMAST,

Defendant.

_____/

### ORDER TERMINATING APPOINTMENT OF COUNSEL

It appearing to the Court that the Defendant, Ramin Baharmast, has retained Gary I. Rosenberg, Esq., to represent him in this proceeding, it is accordingly,

ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and she is relieved of further duties in this cause.

DONE AND ORDERED this 6th day of Sept., 2000 at Fort Lauderdale, Florida.

BARRY S. SELTZER
United States Magistrate Judge

cc:   Robert N. Berube, AFPD
      United States Attorney's Office
      Gary I. Rosenberg, Esq.
      Ramin Baharmast, Defendant