**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6241-CR-ZLOCH**

FILED BY _____ D.C.

OCT 10 2000

CLERK
U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES OF AMERICA**

**v.**

**RAMIN BAHARMAST**

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

**PLACE:**                          **COURTROOM A**
**299 E. BROWARD BLVD.**             **DATE & TIME:**
**FT. LAUDERDALE, FL 33301**     **October 20, 2000 at 1:30 PM**

**CHANGE OF PLEA - *COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL
ASK FOR A CONFESSION***

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: October 10, 2000

cc:
Roger Powell, Esq., AUSA
Gary Rosenberg, Esq.

