UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES



CASE NUMBER 00-6241-CR-Zloch  DATE 10-20-00

CLERK Carline Newiby  REPORTER Carl Schanzlee

PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA v. Ramin Baharmast

U. S. ATTORNEY Roger Powell  DEFT COUNSEL Gary Rosenberg

DEFENDANT: (PRESENT)  NOT PRESENT  ON BOND  (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered a plea of Guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 1-19-01  TIME 11:00  FOR Sentencing

MISC Written Plea Agreement

39