| | | | |
|---|---|---|---|
| DEFT: | Ramin Baharmast J)# | CASE NO: | 00-6241-CR-Zloch |
| AUSA: | Roger Powell / Robin Rosenbaum | ATTNY: | Gary Rosenberg - present |
| AGENT: | | VIOL: | |
| PROCEEDING: | Stipulated Bond/Hearing | BOND REC: | 100,000 PSB & 100,000 CSB |

BOND HEARING HELD - (yes) no    COUNSEL APPOINTED: _____

____ BOND SET @  $100,000 PSB v $100,000 CSB

CO-SIGNATURES: Cousin

SPECIAL CONDITIONS: _____

OCT ₡

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person. in WPB
5) Random ur/the testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses. — outside of cooperation
9) No firearms.
10) Curfew: _____
11) Travel extended to: SD/FL
12) ___ Halfway House  ___ Electronic Monitoring

Reside at current address, no illegal drugs or ex cessive alcohol

△ — sworn

agents have passport

(concern over immigration (States))

△ — will be set for status on bond prior to release — agents will inform PTS of whereabouts

| | | | | |
|---|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | | JUDGE: |
| INQUIRY RE COUNSEL: | | | | |
| PTO/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |
| DATE: | 10-24-00 | TIME: | 11:00am | TAPE # 00-080/081 |

Sealed tape 2220-3915
081-1

42