U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Ramin Baharmas (J)#    CASE NO: 00-6241-CR-Zloch
AUSA: Roger Powell *by Bertha Mitrani*    ATTNY: Gary Rosenberg *not present*
AGENT: _____    VIOL: _____
PROCEEDING: Status re bond    BOND REC: _____

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

____ BOND SET @ _____
CO-SIGNATURES: *Bond Conditions cannot be*
SPECIAL CONDITIONS: *satisfied at this time*

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

$100,000 PSB & 100,000 Corp. Surety
and conditions previously set. Judge Seltzer requested a status re Immigation status before posting.

NOV 2 2 2000

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____
DATE: 11-22-00    TIME: 11:00am    TAPE # 00-093 PG # 205

44