**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6241-CR-ZLOCH**



FILED by _____ D.C.
DEC 1 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

       V.                          NOTICE

RAMIN BAHARMAST

---

**TYPE OF CASE**                **CRIMINAL**

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

---

PLACE                            COURTROOM A
299 E. BROWARD BLVD.             DATE & TIME:
FT. LAUDERDALE, Fl, 33301        January 26, 2001, at 2:00 PM

---

SENTENCING - RESET BY COURT

---

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: December 18, 2000

cc:
Roger Powell, Esq., AUSA
Gary Rosenberg, Esq.
Probation

