UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by ___ D.C.
FEB 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER  00-6241-CR-ZLOCH  DATE 2-8-01
CLERK  Carline Newsky       REPORTER  Carl Schenzler
PROBATION  Kathlynn Gomez    INTERPRETER

UNITED STATES OF AMERICA v. Ramin Bahramast

U. S. ATTORNEY  Roger Powell  DEFT COUNSEL  Casey Rosenberg

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Court grants 3 points for acceptance
Ct 1 - 12 months BOP - 3 yrs Supervised Release.
Upon completion of sentence be surrendered
to INS for deportation proceedings.
JUDGMENT  If deported not Re-enter the US
w/o prior written approval of AG.
Non Reporting if deported.
$100 assessment.

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC _____

49