# United States District Court
## Southern District of Florida
### FORT LAUDERDALE DIVISION

FILED by _____ D.C.

FEB 1 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| RAMIN BAHARMAST    Case Number: | 00-6241-CR-ZLOCH |

Counsel For Defendant: **GARY ROSENBERG, ESQ**
Counsel For The United States: **ROGER POWELL, ESQ., AUSA**
Court Reporter: Carl Schanzleh

**THE DEFENDANT:**

[X] pleaded guilty to count one.

[ ] pleaded nolo contendere to count(s)
   which was accepted by the court.

[ ] was found guilty on count(s)
   after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18:473 | Dealing in counterfeit obligations | 8/00 | 1 |

The defendant is sentenced as provided in pages 2 through __8__ of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[ ] Count(s) _____ (is) (are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **NONE**
Defendant's Date of Birth: **5/20/62**
Defendant's USM Number: **55433-004**

Defendant's Residence Address:
FEDERAL DETENTION CENTER

MIAMI, FL

Defendant's Mailing Address:
FEDERAL DETENTION CENTER

MIAMI, FL

2/8/01
Date of Imposition of Judgment

_signature_
Signature of Judicial Officer

**William J. Zloch**
Chief U.S. District Court Judge

Date: 2/12/01

[Clerk stamp: certified true and correct copy of the document on file, Clarence Maddox, Clerk, U.S. District Court, Southern District of Florida, By _____ Deputy Clerk, Date 2-12-01]

53

USDC FLSD 245B (Rev. 9/00) Sheet 2 - Imprisonment

Judgment-Page 2 of 8

DEFENDANT: **BAHARMAST, RAMIN**
CASE NUMBER: **00-6241-CR-ZLOCH**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ **The defendant shall surrender to the United States Marshal for this district.**

    ☐ at _____ a.m. / p.m. on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

    ☐ before 2:00 p.m. on

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  3-6-01  to  FCC CCR.

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy U.S. Marshal