UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, ) | | |
| ) | CASE NUMBER | |
| PLAINTIFF, ) | 00-6241-CR-ZLOCH | |
| ) | | |
| VS. ) | | |
| ) | | |
| DAVID APPLEGATE, AND ) | THIS VOLUME: | |
| RAMIN BAHARMAST, ) | PAGES 1 - 10 | |
| ) | | |
| DEFENDANTS. ) | | |
| _____) | | |

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF PRETRIAL DETENTION HEARING HAD BEFORE THE HONORABLE BARRY S. SELTZER, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON AUGUST 30, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:        ROGER POWELL, A.U.S.A.

FOR DEFENDANT APPLEGATE:   JOHN COTRONE, ESQ.

FOR DEFENDANT BAHARMAST:   GARY ROSENBERG, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# NOT

# SCANNED

PLEASE REFER TO COURT FILE